STEVEN G. ROSALES
ATTORNEY AT LAW: 222224
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY
SANTA FE SPRINGS, CA  90670
TEL:  (562) 868-5886
FAX: (562) 868-5491

Attorney for plaintiff VICTORIA FAVELA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA FAVELA | No. 1: 05 AT 505 |
| Plaintiff, | PROPOSED ORDER TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The court grants the application to proceed in forma pauperis.

**ORDER**

IT IS SO ORDERED.

DATE: April 29, 2005          ___/s/ Dennis L. Beck_____
                              DENNIS L. BECK
                              United States Magistrate Judge

1