IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA FAVELA, | CASE NO. 1:05-cv-00589 AWI TAG |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 16) |
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

The Court having received "Plaintiff's Response to Order to Show Cause" (Doc. 17) and "Plaintiff's Opening Brief: Memorandum of Points and Authorities in Support Thereof" in support of her Motion for Summary Judgment (Doc. 18), and good cause appearing, it is hereby

ORDERED that the Court's Order to Show Cause Why Action Should Not Be Dismissed, Without Prejudice, For Failure to Prosecute (Doc. 16) is hereby DISCHARGED.

It is further ORDERED that, pursuant to paragraph 7 of the Scheduling Order previously issued in this case (Doc. 6), Defendant's Responsive Brief as called for in the Scheduling Order shall be filed thirty (30) days after service of "Plaintiff's Opening Brief: Memorandum of Points and Authorities in Support Thereof."

IT IS SO ORDERED.

Dated:  **March 24, 2006**                    /s/ Theresa A. Goldner
**j6eb3d**                                              UNITED STATES MAGISTRATE JUDGE

1