McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA FAVELA, ) | 1:05-cv-0589 AWI TAG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties, through their respective counsel, stipulate that the time for responding to plaintiff's opening brief be extended from April 24, 2006 to May 24, 2006.

///
///
///
///
///
///
///
///

1

1    This is defendant's first request for an extension of time to
2 file a response to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response in
4 this matter.

                                    Respectfully submitted,

Dated: April 24, 2006          /s/ Steven G. Rosales
                               (As authorized via facsimile)
                               STEVEN G. ROSALES
                               Attorney for Plaintiff


Dated: April 24, 2006          McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Kristi C. Kapetan
                               KRISTI C. KAPETAN
                               Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   **April 27, 2006**    **/s/ Theresa A. Goldner**
**j6eb3d**                          UNITED STATES MAGISTRATE JUDGE

2