McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA FAVELA, ) | 1:05-cv-0589 AWI TAG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | FOR REMAND PURSUANT TO |
| ) | SENTENCE FOUR OF 42 U.S.C. |
| JO ANNE B. BARNHART, ) | § 405(g), and |
| Commissioner of Social ) | |
| Security, ) | ENTRY OF JUDGMENT |
| ) | IN FAVOR OF PLAINTIFF AND |
| Defendant. ) | AGAINST DEFENDANT |
| _____) | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

   1. Comply with the Appeals Council's order of remand dated, September 11, 2003, and thereby further develop the record by obtaining testimony from a medical expert to assist in clarifying the nature and severity of the claimant's impairments and any inconsistencies in the medical record; and,

    2.  Take all other steps reasonably appropriate to complete the administrative record and issue a new decision.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                            Respectfully submitted,

Dated: May 22, 2006        /s/ Steven G. Rosales
                              (As authorized via facsimile)
                              STEVEN G. ROSALES
                              Attorney for Plaintiff

Dated: May 23, 2006        McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney

**ORDER**

    Pursuant to the parties' stipulation, this action is remanded.  The Clerk of the Court is DIRECTED to enter judgment for Plaintiff.

IT IS SO ORDERED.

**Dated:   May 24, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE